IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18CR3027 |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Gerald D. Crowe, Jr, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Seth Morris, as a Criminal Justice Act Training Panel Member, to assist in the defense of Gerald Crowe, Jr.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Seth Morris is hereby assigned to assist John S. Berry in the representation of the Defendant in the above-captioned case. Seth Morris shall not be eligible to receive compensation for his services in this case.

CJA John S. Berry shall continue to be primary counsel on behalf of the Defendant, Gerald D. Crowe, Jr.

Dated:   April 10, 2018

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge