IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3027 |
| vs. | |
| GERALD D. CROWE JR., and KAYLA M. CROWE, | ORDER |
| Defendants. | |

Defendant Gerald D. Crowe, Jr. has moved to continue the pretrial motion deadline, (Filing No. 30), because Defendant's newly appointed counsel needs additional time to review discovery and prepare for trial. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Gerald Crowe's motion to continue, (Filing No. 30), is granted.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before May 25, 2018.

3) **As to both defendants**, trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on June 25, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and May 25, 2018, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be

deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 23, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge