IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3027 |
| vs. | |
| GERALD D. CROWE JR., | ORDER |
| Defendants. | |

1) Defendant's motion to review the conditions of pretrial release, (Filing No. 51), is granted.

2) Defendant shall comply with all terms and conditions of pretrial release except as follows: Defendant is permitted to have contact with his wife and co-Defendant, Kayla M. Crowe, Jr.

Dated this 13th day of August, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge